UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X

BUILDING SERVICE 32BJ HEALTH FUND;

                      Plaintiffs,

                                                                                                           NOTICE OF VOLUNTARY
                                                                                                                    DISMISSAL

          -against-                                                                             17 Civ. 8668 (WHP)

SCHUYLKILL COUNTY TRANSPORTATION
AUTHORITY,

                      Defendant
--------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the above-entitled civil action is hereby dismissed with prejudice and without costs to either party.

Dated:   Fort Lee, New Jersey
            December 22, 2017

                                                                     RAAB, STURM & GANCHROW, LLP

                                                  By:        /s/ Michael Geffner
                                                                     Michael Geffner (MG-6785)
                                                                     *Attorneys for Plaintiff*
                                                                     2125 Center Avenue, Suite 100
                                                                     Fort Lee, New Jersey 07024
                                                                     (201) 292-0150